STATE OF NEW JERSEY v. LEE ROY BROWN.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURIE A. CORSARO.

July 11, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. JOSEPH L. RANURO.

July 11, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. JAMES F. MUNLEY.

July 11, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. ANGEL RODRIGUEZ.

July 11, 1986.

Petition for certification denied.